JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPHINE C. C.,[1] <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br><br> Defendant. | Case No. CV 22-3119 PVC <br><br> **JUDGMENT** |

IT IS ADJUDGED that the decision of the Commissioner is REVERSED and that the above-captioned action is REMANDED to the Commissioner for further action consistent with the Court's Memorandum Decision and Order.

DATED: June 8, 2023

*/s/ Pedro V. Castillo*

PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court partially redacts Plaintiff's name in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.